# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Robert Deon Hunter, Sr., | ) | JUDGMENT IN CASE |
| | ) | 1:06cr251-4 |
| Petitioner | ) | 1:13cv139 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 28, 2013 Order.

May 28, 2013

Frank G. Johns, Clerk
United States District Court